UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gold Club - SF, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> United States Small Business A, <br><br> Defendant(s). | Case No. 3:24-cv-04241 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Zachary M. Youngsma, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Douglas J. Melton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 161353.

| 3800 Capital City Blvd. Ste. 2 | 465 California St. 5th Floor |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 517-886-6560 | 415-438-4493 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| zack@bradshaferlaw.com | dmelton@longlevit.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P84148.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/13/2024                                                     Zachary M. Youngsma
                                                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Zachary M. Youngsma is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 14, 2024

                                                                        UNITED STATES MAGISTRATE JUDGE

Updated 11/2021                              2

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Zachary Youngsma, P84148 of Lansing, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 01, 2020 in Barry County and became a member of the State Bar of Michigan on May 13, 2020.



Peter W. Cunningham, Executive Director
July 16, 2024