UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLD CLUB SF, LLC, | CASE NO. 3:24-cv-4241-LJC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to stipulation, IT IS SO ORDERED that:

1. The deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 4, are vacated.

2. The parties shall submit a joint status report with a proposed schedule within 14 days of the Court's resolution of Defendants' motion to dismiss (if such a motion is filed) or the filing of Defendants' answer.

DATED:  September 27, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 3:24-CV-4241-LJC