UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLD CLUB SF, LLC, et al., | CASE NO. 3:24-cv-4241-LJC |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to stipulation, IT IS SO ORDERED that:

1. Defendants shall answer or otherwise respond to the First Amended Complaint by January 21, 2025.

2. Defendants' deadline to produce the administrative record is stayed. The parties shall propose a timeline for the production of the administrative record (or records) as part of the joint status report to be filed within 14 days of the Court's resolution of Defendants' motion to dismiss (if such a motion is filed) or the filing of Defendants' answer.

DATED: December 18, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 3:24-CV-4241-LJC