UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GOLD CLUB SF, LLC, et al., | ) | CASE NO. 3:24-cv-4241-LJC |
| Plaintiffs, | ) | [PROPOSED] ORDER AS MODIFIED |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to stipulation, IT IS SO ORDERED that:

1.    Defendants' motion to dismiss, not to exceed 45 pages, is due on or before January 29, 2025.

2.    Plaintiffs' response, not to exceed 45 pages, is due on or before February 26, 2025.

3.    Defendants' reply, not to exceed 35 pages, is due on or before March 19, 2025.

4.    Hearing on Defendants' motion to dismiss: Tuesday, ~~April 29, 2025~~ at 10:30 a.m.
     **May 13, 2025**

DATED: January 17, 2025

_____
HON. LISA J. CISNEROS
United States Magistrate Judge