# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLD CLUB - SF, LLC, et al.,

    Plaintiffs,

    v.

UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,
    Defendants.

Case No.: 3:24-cv-04241-LJC

~~[PROPOSED]~~ ORDER **AS MODIFIED**

Pursuant to stipulation, IT IS SO ORDERED that:

1. Plaintiffs' response to Defendants' Motion to Dismiss, ECF 28, is due on or before ~~March 28, 2025.~~ **March 12, 2025.**

2. Defendants' reply is due on or before ~~May 1, 2025.~~ **April 5, 2025.**

3. **The hearing date for the Motion to Dismiss is advanced to May 6, 2025.**

DATED: February 18, 2025

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

Case No. 3:24-cv-04241-LJC
~~[PROPOSED]~~ ORDER