# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLD CLUB - SF, LLC, et al.,

     Plaintiffs,

     v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

     Defendants.

Case No.: 3:24-cv-04241-LJC

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED that:

1.   Plaintiffs' deadline to file the Second Amended Complaint shall be the later of (a) thirty (30) days after the Court rules on Plaintiffs' pending Motion for Leave to File a Motion for Reconsideration, [Doc. 46], if such leave is denied, or (b) thirty (30) days after the Court resolves any authorized motion for reconsideration.

2.   The Parties' deadline to submit a joint status report with a proposed case management schedule to the Court is reset to fourteen (14) days after the later of (a) the Court's resolution of a Rule 12(b) or (c) motion filed by Defendants as to the Second Amended Complaint or (b) Defendants' answer to the Second Amended Complaint.

Dated:   October 27, 2025

LISA J. CISNEROS
United States Magistrate Judge