BRETT A. SHUMATE
Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C. 20530
Tel: (202) 514-4469
Email: david.glass@usdoj.gov
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NOTRHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GOLD CLUB SF, LLC, *et al.*, | No. 3:24-cv-04241-LJC |
| Plaintiffs, | STIPULATION REQUESTING ORDER CHANGING TIME |
| v. |  |
| SMALL BUSINESS ADMINISTRATION, *et al.*, |  |
| Defendants. |  |

The parties stipulate as follows pursuant to Civil L.R. 6-2(a):

1. Plaintiffs moved on March 19, 2026, for an order "preliminarily enjoining Defendants from enforcing 13 C.F.R. Ch. 1, Pt. 134, Subpart L . . . which govern[s] appeals before the Small Business Administration ('SBA') Office of Hearings and Appeals ('OHA') relating to Paycheck Protection Program ('PPP') loan forgiveness determinations."  ECF No. 50 at 1.

2. During discussions among counsel that preceded the filing of the above motion, defendants' counsel asked plaintiffs' counsel: "Would you stipulate to our having 30 days to

No. 3:24-cv-04241-LJC
Stip. Req. Order Changing Time                                                                 1

respond to any motion for PI you might file." Declaration of David M. Glass ¶ 5 (quoting email from Glass to Youngsma (Mar. 17, 2026)).

3. Plaintiffs' counsel responded: "[Y]es, we'll agree to 30 days to respond to our motion for preliminary injunction." *Id.* ¶ 6 (quoting email from Shafer to Glass (Mar. 18, 2026)).

4. Defendants foresee that they will not have sufficient time to prepare an opposition to plaintiffs' motion for preliminary injunction with the care and thoroughness that the opposition merits if they are required to file the opposition within the 14 days that Civil L.R. 7-3(a) prescribes for oppositions to motions. *Id.* ¶ 7.

5. Defendants do not foresee that the resolution of this action will be delayed unduly if they are given 30 days to file their opposition to plaintiffs' motion for preliminary injunction because no other extension of time has been sought or approved in this action since the Court granted in part and denied in part defendants' motion to dismiss. *Id.* ¶ 8 (citing Order (Sept. 30, 2025), ECF No. 45, at 1).

6. The parties ask in view of the foregoing that the Court approve the proposed order, submitted herewith, which provides: "Upon the stipulation requesting an order changing time dated on or about March 24, 2026, and good cause having been shown, it is ordered that defendants' time to file their opposition to plaintiffs' motion for preliminary injunction, ECF No. 50, be extended through April 18, 2026."

Dated: March 24, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469
Email: david.glass@usdoj.gov
Attorneys for Defendants

**SHAFER & ASSOCIATES, P.C.**

s/ *Zachary M. Youngsma*
Bradley J. Shafer (MI P36604)*
Zachary M. Youngsma (MI P84148)*
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, Michigan 48906
T: 517-886-6560
F: 517-886-6565
E: Brad@BradShaferLaw.com
E: Zack@BradShaferLaw.com

**LONG & LEVITT LLP**

DOUGLAS J. MELTON, Bar No. 161353
SHANE M. CAHILL, Bar No. 227972
LONG & LEVITT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:     (415) 397-2222
Facsimile:     (415) 397-6392
Email: dmelton@longlevit.com
           scahill@longlevit.com

*Admitted Pro Hac Vice*

*Attorneys for All Plaintiffs*