**UNITED STATES DISTRICT COURT**
**NOTRHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **GOLD CLUB SF, LLC**, *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**SMALL BUSINESS ADMINISTRATION,**<br>*et al.*,<br><br>    **Defendants.** | ) **No. 3:24-cv-04241-LJC**<br>)<br>) **ORDER CHANGING**<br>) **TIME**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon the stipulation requesting an order changing time dated on or about March 24, 2026, and good cause having been shown, it is ordered that defendants' time to file their opposition to plaintiffs' motion for preliminary injunction, ECF No. 50, be extended through April 18, 2026.

Dated  March 30, 2026

_____
U.S. MAGISTRATE JUDGE