DOUGLAS J. MELTON, Bar No. 161353
SHANE M. CAHILL, Bar No. 227972
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:    (415) 397-2222
Facsimile:    (415) 397-6392
Email:        dmelton@longlevit.com
              scahill@longlevit.com

BRADLEY J. SHAFER (MI P36604)*
ZACHARY M. YOUNGSMA (MI P84148)*
SHAFER & ASSOCIATES, P.C.
3800 Capital City Blvd., Suite 2
Lansing, Michigan 48906
Telephone:    (517) 886-6560
Facsimile:    (517) 886-6565
Email:        Brad@BradShaferLaw.com
              Zack@BradShaferLaw.com

*Admitted Pro Hac Vice

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOLD CLUB - SF, LLC, et al., | Case No.: 3:24-cv-04241-LJC |
| Plaintiffs, | **PLAINTIFFS' NOTICE REGARDING CERTAIN STATEMENTS MADE AT THE PRELIMINARY INJUNCTION HEARING** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | Hon. Lisa J. Cisneros |
| Defendants. | |

At the recent hearing on Plaintiffs' Motion for Preliminary Injunction, [Doc. 50], counsel for the parties became embroiled in a heated exchange concerning the relevance, or lack thereof, of an SBA Standard Operating Procedure ("SOP"), identified as "SOP 50-10(5) Lender and Development Company Loan Programs," to the issues in this case. The particular dispute involved how the Prurient Sexual Nature Regulation, 13 C.F.R. § 120.110(p) ("PSNR"), was to be applied. This SOP contains the provision that prurience must be applied in accordance with *community standards*.

At the hearing, the Government took the position that SOP 50-10(5) was irrelevant to the PSNR because the SOP language applied instead to the obscenity standards incorporated into 15 U.S.C. § 633(e).

Attached hereto as **Exhibit A** is a true and correct excerpt of Exhibit TT to the First Amended Complaint (the full SOP 50-10(5)), previously filed at Doc. 18-3, PgID.151. The excerpt reflects that the community standard provision at issue specifically and undeniably applies to the PSNR found at 13 C.F.R. § 120.110(p) and *not* the statutory preclusion found in 15 U.S.C. § 633(e).

Plaintiffs do not accuse Mr. Glass of intentionally trying to mislead this Court. His comments, however, were inaccurate. Nevertheless, that does not excuse the raising of voices, for which the undersigned once again apologizes to this Court and its staff.

Dated: May 15, 2026                                     Respectfully Submitted,

                                                        **SHAFER & ASSOCIATES, P.C.**

                                                        */s/ Bradley J. Shafer*
                                                        Bradley J. Shafer (MI P36604)*
                                                        Zachary M. Youngsma (MI P84148)*
                                                        **SHAFER & ASSOCIATES, P.C.**
                                                        3800 Capital City Blvd., Ste. 2
                                                        Lansing, Michigan 48906
                                                        T: 517-886-6560
                                                        F: 517-886-6565
                                                        E: Brad@BradShaferLaw.com
                                                        E: Zack@BradShaferLaw.com

                                                        **LONG & LEVIT LLP**

                                                        DOUGLAS J. MELTON, Bar No. 161353
                                                        SHANE M. CAHILL, Bar No. 227972
                                                        LONG & LEVIT LLP
                                                        465 California Street, Suite 500
                                                        San Francisco, California 94104
                                                        Telephone:     (415) 397-2222
                                                        Facsimile:     (415) 397-6392
                                                        Email: dmelton@longlevit.com
                                                               scahill@longlevit.com

                                                        *Admitted Pro Hac Vice*

PLAINTIFFS' NOTICE REGARDING CERTAIN STATEMENTS MADE AT THE PRELIMINARY INJUNCTION HEARING

*Attorneys for All Plaintiffs*

PLAINTIFFS' NOTICE REGARDING CERTAIN STATEMENTS MADE AT THE PRELIMINARY INJUNCTION HEARING

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I electronically filed the foregoing document, along with any accompanying declarations and exhibits, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Zachary M. Youngsma*
Zachary M. Youngsma (MI P84148)
**SHAFER & ASSOCIATES, P.C.**

Case No. 3:24-cv-04241-LJC