UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB - SF, LLC, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br>Defendants. | Case No.: 3:24-cv-04241-LJC<br>**~~[PROPOSED]~~ ORDER STAYING PROCEEDINGS** |

Pursuant to stipulation, IT IS SO ORDERED that:

1. Proceedings in this action are STAYED for sixty (60) days from entry of this Order. The stay shall expire at the conclusion of that period unless otherwise ordered by the Court. The stay does not apply to any filings necessary to obtain relief from the stay, or to any appeal of ECF No. 63 and filings related to that appeal. Nothing in this Order shall constitute a waiver of Plaintiffs' ability to seek certification of ECF No. 45 for interlocutory appeal under 28 U.S.C. § 1292(b) following expiration of the stay.

2. The October 19, 2026, deadline to file the Second Amended Complaint, the November 12, 2026, deadline to file the joint Case Management Statement, and the November 19, 2026, Case Management Conference established by ECF No. 62 are VACATED.

3. No later than December 17, 2026~~sixty (60) days after entry of this Order~~, the Parties shall file either (a) a joint status report and proposed case management schedule, including a proposed deadline for filing the Second Amended Complaint, or (b) a stipulated request for an additional stay

pursuant to Civil L.R. 6-2. Filing a request for an additional stay does not itself extend the stay ordered herein.

4. This Order does not modify, stay, or otherwise affect the preliminary injunction entered at ECF No. 63.

Dated: _October 15, 2026____________________

LISA J. CISNEROS
United States Magistrate Judge